No. 83–1463.   LEDESMA v. GEORGIA; and
No. 83–1578.   MERRITT v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   Reported below: 251 Ga. 885, 311 S. E. 2d 427.

No. 83–1520.   LOCAL 222, INTERNATIONAL LADIES' GARMENT WORKERS' UNION, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–1539.   CARROLL v. UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–1577.   DeFIORE v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–1599.   HOLDER v. ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 83–1652.   PAPAGO TRIBAL UTILITY AUTHORITY v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–1663.   SCHAFER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–1668.   MOSKOWITZ ET AL. v. SAUL J. MORGAN ENTERPRISES, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–1670.   AMERICAN MOTORS CORP. v. HANNA.   C. A. 7th Cir.   Certiorari denied.

No. 83–1680.   LAWLESS v. PIERCE ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 83–1681.   CARON v. BANGOR PUBLISHING CO.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 83–1684.   BRYNER ET AL. v. SECURITY PACIFIC NATIONAL BANK ET AL.   C. A. 9th Cir.   Certiorari denied.